UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FIRST AMERICAN TITLE
INSURANCE COMPANY,                         Case No. 2:25-cv-11665

        Plaintiff,                         HONORABLE STEPHEN J. MURPHY, III

v.

LAUREN MASON,

        Defendant.

_____/

**ORDER REGARDING**
**REQUEST FOR CLERK'S ENTRY OF DEFAULT JUDGMENT [24]**

For the second time, Defendant Lauren Mason did not respond or participate in the proceedings. ECF No. 20. More than two months after Mason did not respond to a prior show cause order, the Court ordered Plaintiff again to show cause for why it had not requested the Clerk to enter default as to Mason. *Id.* at PageID.91. Plaintiff promptly requested the Clerk to enter default as to Mason, ECF No. 22, and the Clerk did so, ECF No. 23. Plaintiff then asked the Clerk to enter default judgment against Mason and provided an affidavit of sum certain in the amount of $110,655.19. ECF No. 24. But because Mason already appeared in the case, *see* ECF Nos. 11, 13, 14, the Clerk cannot enter default judgment—only the Court can.

The Clerk must enter default judgment if it "is for a sum certain or a sum that can be made certain by computation . . . against a defendant who has been defaulted *for not appearing* and who is neither a minor nor an incompetent person." Fed. R. Civ. P. 55(b)(1) (emphasis added); *see also* 10A *Wright & Miller's Federal Practice &*

1

*Procedure* § 2686 (4th ed. 2026) ("When a party, or a party's representative, has appeared in an action and later defaults, Rule 55(b)(2) requires that the court, rather than the clerk, enter the judgment by default.").

Mason has appeared in the instant case, albeit sporadically. She filed an answer and responded to an initial motion for default judgment. ECF Nos. 11, 13, 14; *see also* 10A *Wright & Miller's Federal Practice & Procedure* § 2686 (4th ed. 2026) ("[F]iling an answer obviously constitutes an appearance . . . ."). Accordingly, the Clerk must deny Plaintiff's request for a default judgment under Rule 55(b)(1), though Plaintiff is free to proceed in any other manner authorized by Rule 55.

**WHEREFORE**, it is hereby **ORDERED** that the Clerk of Court must **DENY** Plaintiff's request for the entry of default judgment [24].

**SO ORDERED.**

s/ Stephen J. Murphy, III
STEPHEN J. MURPHY, III
United States District Judge

Dated: April 20, 2026

2